**Opinion issued April 9, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00080-CV

————————————

**CHAD DAVIDSON AND MISSY DAVIDSON, Appellants**

**V.**

**OVATION BUILDERS, INC., AND RED SHED, Appellees**

---

**On Appeal from the 12th District Court**
**Walker County, Texas[1]**
**Trial Court Cause No. 23404**

---

## MEMORANDUM OPINION

---

[1]    Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this court. *See* Misc. Docket No. 12–9008 (Tex. Jan. 10, 2012); *see also* TEX. GOV'T CODE ANN. § 73.001 (West 2005) (authorizing transfer of cases).

Appellants, Chad Davidson and Missy Davidson, have filed a motion to dismiss the appeal, stating that they have reached an agreement to settle with appellees, Ovation Builders, Inc., and Red Shed. *See* TEX. R. APP. P. 42.1(a)(1). The motion does not contain a certificate of conference. *See* TEX. R. APP. P. 10.1(a). Ten days have passed, however, and appellees have not filed a response in opposition. *See* TEX. R. APP. P. 10.1(b) (providing that court may determine motion before response is filed), 10.3(a) (providing, in pertinent part, that court should not hear or determine motion until 10 days after motion was filed, unless motion states that parties have conferred and that no party opposes motion). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

In the motion, appellants state that costs are to be borne by the party incurring them. They do not assert that the parties have so agreed. Absent an agreement of the parties, the Court must tax costs against the appellants. *See* TEX. R. APP. P. 42.1(d).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.